IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| CHERI LEA RAU, | NO. 4:18-CR-003-03-MLB-WEJ |
| Defendant. | |

### NON-FINAL REPORT AND RECOMMENDATION RE: DEFENDANT RAU'S MOTION TO SUPPRESS WIRETAP EVIDENCE [742]

In Defendant Cheri Lea Rau's Motion to Suppress Wiretap Evidence [742], she adopted Defendant Jeffery Bourassa's Motion to Suppress Cobb County Prosecution Wiretaps [529].  On July 25, 2019, the undersigned issued a Non-Final Report and Recommendation [772] re: Defendant Bourassa's Motion to Suppress ([529], perfected in [579]) and recommended that it be denied.  Since the Non-Final Report and Recommendation in defendant Bourassa's case controls the outcome of Defendant Rau's Motion, the undersigned **RECOMMENDS** that her Motion to Suppress Wiretap Evidence [742] also be **DENIED**.

**SO RECOMMENDED**, this 25th day of July, 2019.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE