# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

United States of America,

v.  Case No. 4:18-cr-00003

Cheri Lea Rau (3),  Michael L. Brown
United States District Judge
  Defendant.

_____/

# ORDER

The Magistrate Judge issued his Report and Recommendation ("R&R"), recommending denial of Defendant Cheri Lea Rau's Motion to Suppress Wiretap Evidence. (Dkts. 742; 775.) Defendant did not file objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); FED. R. CRIM. P. 59; *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). For those findings and recommendations to which a party has not asserted objections, a court must conduct a plain error

review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

Defendant Rau adopted her motion to suppress from a motion Defendant Bourassa previously filed. (Dkt. 529.) The Magistrate Judge issued an R&R recommending Defendant Bourassa's motion be denied — a recommendation this Court adopted. (Dkts. 772; 827.) The Magistrate Judge recommends that "[s]ince the Non-Final Report and Recommendation in defendant Bourassa's case controls the outcome" here, this motion should be denied. (Dkt. 775 at 1.) The Court finds no error in this recommendation and denies Defendant Rau's motion to suppress.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 775) and **DENIES** Defendant Cheri Lea Rau's Motion to Suppress Wiretap Evidence (Dkt. 742).

**SO ORDERED** this 2nd day of December, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE